

**LAURA VIVIAN**
Star of Distance Clairvoyance.
The Best Predictions for Year
2016/2017

*I hold a secret that will change your life Mrs. ▮..*
*Believe me, you deserve the happiness and wealth you so long for!*

## A LARGE SUM OF MONEY IS COMING TO YOU, ▮

**PLEASE REFER TO THE ENCLOSED DOCUMENT FOR THE LATEST DIRECTIVES TO RECEIVE THE CHECK FOR $7,800!**

Dear ▮

While working with your name, ▮ I distinctly felt that the hard times are over for you and a unique lucky period is on the horizon!

For quite some time already, your morale and personal situation have not been in a good state. You are experiencing difficulties and you are beginning to doubt everything. I understand your distress and this is why I have decided to help you.

**You deserve to be happy dear ▮ and if you follow my advice, your life will be happy and peaceful.**

You should be able to recognize this lucky period on the horizon. And this is where I will be a big help to you because I am going to show you how. This luck won't come around again for a very long time, so you really cannot afford to let it pass you by.

**Dear ▮ please read the following carefully...**

I am going to reveal the symbiosis of total success made up of 2 elements that are so important that you will have to keep them in a safe place. They are personal to you and belong only to you. Do not give them to anyone else (not even someone you love very much) otherwise they could lose all their beneficial powers. They are for you, ▮ and they bring joy, happiness, wealth, and love....

So I am going to send you your **CROSS OF FORTUNE** and thanks to this, you will be able to multiply your winnings. You must wear it on you at all times, close to your heart, where it will charge itself with positive vibrations. Because your heart represents: life, love, and the future...

I will also give you, if you send me your agreement: your **PERSONAL LUCKY NUMBERS**. If you play them they will bring you a lot of money. But you must not play them any old how; you must follow my instructions to the letter. **The CROSS OF FORTUNE**, dear ▮ carries strong symbols which are bursting to take place.

# LATEST DIRECTIVES

## STATUS STATEMENT FOR MRS. ███



2234VCR18-00009-0   9921   3016





**SPECIAL NOTICE**

These documents are important enough to require careful attention!

---

### MRS. ███
### IT IS OFFICIAL, YOU HAVE WON A CHEQUE FOR $8,500
### ISSUE OF YOUR PERSONAL NUMBER:
### N°956485746

---

**1st STEP >>>> URGENT**

Your name, Mrs. ███ has been selected by our Committee.

**PRIZE AMOUNT:**
**$7,800**

**2nd STEP >>>> URGENT**

You must reply today, this step depends on you, Mrs. ███

**CONFIRMED PRIZE:**
**$7,800**



CERTIFIED EARNINGS $7,800

---

**- IMPORTANT INFORMATION -**

❶ **Attention:** These documents are strictly personal and must not be transferred to a third party, not even a family member. You are reminded that if you fail to reply you will not be eligible to claim the check for **$7,800**.

❷ **Cut this label and affix it** on your Check Availability Form for **$7,800**.

*This label is strictly personal and must not be given away. Please return as soon as possible.*

❸ **Important:** The check for **$7,800** is now available in accounts. Your reply is required urgently!



N°956485746
MRS. ███

**CHECK AMOUNT**

# ALL OUR WINNERS ARE UNANIMOUS:
## THE PROMISED SUMS ARE INDEED DISTRIBUTED!

① Like you, all our winning clients receive a letter like this, before their prize is awarded.

② Like you, all our winning clients returned their agreement form *(very often accompanied by an order)*.

③ All those who did not follow up on the letter informing them of their fortune, were definitively declared to have lost out. Every year we distribute large sums of money, in order to gratify our clients.

④ The money you win through us is non-taxable. It does not need to be noted in your tax return.

⑤ This is not a check. To receive a check in this amount, simply return the agreement form in your name declared grand winner.



AMOUNT OF THE UNIQUE BANK CHECK: **7.800 $**

Pay: SEVEN THOUSAND EIGHT HUNDRED DOLLARS

Payable to: OUR BIG WINNER

Issuer: LAURA VIVIAN

SPECIMEN 152779463 / / / / / 7.800 / / / / /



CERTIFIED EARNINGS $7,800

Dear Mrs. ▮

TO BE SENT BACK IN THE ENCLOSED ENVELOPE.

**YOUR CROSS OF FORTUNE     FREE**

☑ You will send me my Cross of Fortune at the same time as my Personal Lucky Numbers.

**YOUR FREE PERSONAL LUCKY NUMBERS     FREE**

☐ YES, **Laura VIVIAN,** I would like to change my life and I thank you for the interest you have shown in me. Please quickly send me your instructions about my Personal Lucky Numbers.

☐ **Yes,** I trust you and I accept your advice. I promise to follow your recommendations in order to put all chances on my side.

**THANKS TO MY ADVICE, YOUR LIFE IS FINALLY GOING TO CHANGE. I GUARANTEE IT. BEST REGARDS.**

☑ I am participating towards postage and packing shipping and handling costs. I am therefore paying a fixed price of **$45,00.**

☐ I enclose the total sum of **$45,00** made payable by:

☐ Money Order to **CEB** for **$50,00***
☐ Cash (possible)   *\*Please do not send cheques I can't accept them.*

Date and Signature:  7/12/2019

VSCR18-M1   X0051546   -875 700-

Please send me any correspondance to come to the address appearing below

Last Name ▮
First Name ▮
Address ▮

Postal Code ▮   Town ▮
My birthday is: ▮

*\*CEB is a financial organism specialised in the Money Order handling. Be careful do not write anything before or after "CEB". If you choose the Money Order, we ask you an extra fee of $5 due to the processing fees involved.*

Case 1:21-cv-23522-DPG   Document 5-1   Entered on FLSD Docket 10/07/2021   Page 5 of 6

## OUR WINNERS TESTIFY THEIR FRIENDSHIP BY INFORMING US OF THE SUDDEN CHANGES IN THEIR LIVES.

Perhaps you too will soon be writing something like this:



"My life has changed! I followed your advice and I returned my agreement as soon as I received your letter informing me of my luck. Thanks to the check for $7,800, I was able to buy my children and my grandchildren sumptuous gifts…".



"I didn't believe it but it was totally true: I was the winner of a check for $7,800! When I received it at my home, I was scared to cash it into my bank account. It's great to receive such an amount of money…".



"I can certify that you do indeed provide the winnings you promise. You said: you have won and I did indeed win the first prize. You keep your promises and I thank you from the bottom of my heart!".



"With the money you sent me, I was able to take the wonderful trip that I had always dreamed about; a dream 3 weeks basking under the coconut trees on a paradise island, I will never forget it I can assure you!".

"LATEST DIRECTIVES" BELONGING TO THE PRINCIPAL GAME "$7,800 CHECK TO WIN" GAME REGULATIONS. 1/ LAURA VIVIAN ORGANIZES PROMOTIONAL OPERATIONS ACCOMPANIED BY OFFERS TO PARTICIPATE IN A GAME WITH A PRE-DRAW, FROM A RANGE OF NUMBERS RANDOMLY ATTRIBUTED FOR THIS GAME TO ALL OF THE RECIPIENTS OF THIS MAILING. 2/ AT THE OPENING OF EACH GAME, AN AFFIDAVIT IS PREPARED IN ORDER TO REVEAL THE PRESELECTED WINNING NUMBER, AS WELL AS THE MAIN PRIZE TO BE WON. THE PRESENT GAME, WHICH IS FREE AND WITHOUT OBLIGATION TO PURCHASE, BEGINS ON 11/15/2018 AND HAS A CLOSING DATE OF 12/31/2019. THIS GAME MAY BE PRESENTED IN OTHER FORMS AND VERSIONS UP UNTIL ITS CLOSING DATE. THE PRESENT DOCUMENT ENTITLED "LATEST DIRECTIVES" OFFERING A PRIZE IN THE AMOUNT OF $7,800 (SEVEN THOUSAND EIGHT HUNDRED DOLLARS) IS ONE OF THESE PROMOTIONS. 3/ THE ASSIGNMENT OF PRIZES IS A RESULT OF RANDOM DRAW AND IS SUBJECT TO THE TERMS AND CONDITIONS STATED HEREIN. ONLY PERSONS HAVING RECEIVED THE OFFICIAL PARTICIPATION DOCUMENTS MAY PARTICIPATE, WITH THE EXCEPTION OF EMPLOYEES OF LAURA VIVIAN AND THEIR FAMILIES, AS WELL AS ANY AGENCIES, COMPANIES AND ORGANIZATIONS WORKING OR COLLABORATING WITH THE SAME. 4/ ALL RECIPIENTS OF THIS MAILING ARE DECLARED WINNERS OF A SECONDARY PRIZE WHICH THEY WILL RECEIVE, ON AVERAGE, 3 WEEKS AFTER RECEIPT OF THEIR ORDER, OR 12 WEEKS AFTER THE GAME'S CLOSING DATE IF THEY HAVE PARTICIPATED WITHOUT PLACING AN ORDER. ALL INCOMPLETE, ILLEGIBLE OR LATE FORMS WILL BE ELIMINATED. 4/1- TO PARTICIPATE WITHOUT PLACING AN ORDER, THE PARTICIPATION VOUCHER MUST BE COMPLETED AND SENT IN A PLAIN WHITE ENVELOPE DIRECTLY TO LAURA VIVIAN BEFORE THE GAME'S CLOSING DATE. FAILURE TO COMPLY WITH THESE INSTRUCTIONS WILL INVALIDATE PARTICIPATION IN THE GAME. 4/2- TO PARTICIPATE WHILE PLACING AN ORDER, RECIPIENTS OF THIS FREE GAME, WITH NO OBLIGATION TO PURCHASE, MUST COMPLETE AND RETURN THEIR PARTICIPATION VOUCHER WITH THEIR ORDER FORM IN THE ENCLOSED PRE-ADDRESSED ENVELOPE BEFORE THE GAME'S CLOSING DATE. ALL INCOMPLETE OR ILLEGIBLE ADDRESSES OR FORMS WILL BE ELIMINATED. 5/ LAURA VIVIAN MAY UNDER NO CIRCUMSTANCES BE HELD RESPONSIBLE FOR THE LOSS, THEFT, OR MISHANDLING OF THESE DOCUMENTS. ATTENTION: IT IS NOT NECESSARY TO PLACE AN ORDER TO PARTICIPATE IN THIS FREE GAME. 6/ THE GRAND WINNER WILL BE THE PARTICIPANT WHOSE NAME WILL HAVE BEEN DRAWN AT RANDOM BY A GAMES COMMITTEE FROM AMONG THE PLAYERS PRESELECTED, AS IS STATED IN ARTICLE 2. THE WINNER WILL BE DESIGNATED GRAND WINNER, PROVIDED THAT THEY HAVE FOLLOWED THE PROCEDURES CORRECTLY AND HAVE REPLIED WITHIN THE STIPULATED TIME FRAME, AND WILL BE NOTIFIED BY REGISTERED LETTER WITH ACKNOWLEDGMENT OF RECEIPT WITHIN 90 DAYS AFTER THE GAME'S CLOSING DATE. THEY WILL THEN HAVE 30 DAYS TO CLAIM THEIR PRIZE. FAILING THAT, THEY WILL LOSE ALL RIGHTS THERETO. IF THIS TIME FRAME IS RESPECTED, THEIR PRIZE WILL BE SENT WITHIN 30 DAYS FOLLOWING RECEIPT OF THEIR RESPONSE CONFIRMING ACCEPTANCE OF THEIR PRIZE AND THE CONDITIONS SET FORTH IN ARTICLE 10. 7/ LAURA VIVIAN HAS DECIDED TO PUT INTO PLAY 1) ONE MAIN PRIZE IN THE FORM OF A CHECK FOR $7,800, WHICH WILL BE ATTRIBUTED TO ONE SINGLE POTENTIAL WINNER, CALLED "GRAND WINNER", AS DEFINED IN ARTICLE 6, AND WHO WILL HAVE RESPECTED THE VALIDITY REQUIREMENTS STATED IN ARTICLE 4 OF THESE RULES AND REGULATIONS ; 2) SECONDARY PRIZES, CALLED "WINNING CHECKS", WHICH WILL BE DISTRIBUTED IN THE FORM OF DISCOUNT VOUCHERS WITH A COMMERCIAL VALUE OF $30.00 (THIRTY DOLLARS) TO ALL PARTICIPANTS, CALLED "WINNERS", HAVING RETURNED THEIR PARTICIPATION VOUCHERS IN CONFORMANCE WITH THESE REGULATIONS. 8/ LAURA VIVIAN CONFERS THE RESPONSIBILITY FOR APPOINTING THE GAMES COMMITTEE TO THE ORGANIZING SERVICE PROVIDER. THE COMMITTEE WILL ASSEMBLE EACH TIME IT IS NECESSARY TO DRAW AT RANDOM THE GRAND WINNER OF THE CURRENT GAME FROM AMONG THE WINNING NAMES PRESELECTED. 9/ UNCLAIMED PRIZES, OR PRIZES CLAIMED AFTER THE DEADLINE, REMAIN THE PROPERTY OF LAURA VIVIAN. LAURA VIVIAN RESERVES THE RIGHT TO AWARD SUCH PRIZES, IN WHOLE OR IN PART, TO A CHARITABLE ORGANIZATION OF ITS CHOICE. 10/ THE PRIZE WINNER AUTHORIZES LAURA VIVIAN TO USE THEIR LAST NAME, FIRST NAME, TOWN OF RESIDENCE, AND PHOTOGRAPH, AS WELL AS WRITTEN TESTIMONIALS, IN THEIR PUBLICITY CAMPAIGNS WITHOUT SUCH USE CONFERRING ANY OTHER RIGHTS THAN THE RIGHT TO THE PRIZE AWARDED. IN CASE OF REFUSAL, THE WINNER EXPRESSLY LOSES ALL RIGHTS TO THE INTENDED PRIZE. 11/ THESE RULES AND REGULATIONS SHOULD BE READ CAREFULLY. OTHER PROMOTIONS OF THIS SAME TYPE MAY BE SENT TO THE RECIPIENT USING DIFFERENT NAMES AND THEMES. LAURA VIVIAN EMPHASIZES THE FACT THAT THIS DOCUMENT CONTAINS NO FIRM OFFER WHICH WOULD ALLOW PERSONS WHOSE NUMBER DOES NOT CORRESPOND TO THAT PREDRAWN TO CLAIM THE MAIN PRIZE. MOREOVER, TO CLAIM A PRIZE, THE WINNERS MUST RESPECT THE CONDITIONS SET FORTH IN ARTICLE 4. 12/ PARTICIPATION IN THIS DRAW IMPLIES FULL AND COMPLETE ACCEPTANCE OF ALL TERMS AND CONDITIONS PUT FORTH IN THE REGULATIONS. 13/ POSTAGE REQUIRED FOR THE REPLY ENVELOPE MAY BE REIMBURSED AT THE LOWEST APPLICABLE RATE ON SIMPLE WRITTEN REQUEST ENCLOSED WITH THE PARTICIPATION VOUCHER. IN CASE OF CIRCUMSTANCES BEYOND ITS CONTROL, LAURA VIVIAN RESERVES THE RIGHT TO CANCEL THIS GAME WITHOUT RESULTING IN DAMAGES BEING OWED TO PARTICIPANTS. NOTABLY, SUCH CASES WOULD INCLUDE MATERIAL ERRORS ACCIDENTALLY COMMITTED BY AN OUTSIDE REPRESENTATIVE OR LAURA VIVIAN STAFF MEMBER. NO INFORMATION WILL BE RELEASED BY LAURA VIVIAN VIA TELEPHONE OR ANY OTHER MEANS.