# Exhibit B
# to Complaint for
# Permanent Injunction

# AUTHORIZATION FOR THE POSTAL TRANSFER OF THE PRECIOUS RUBY OF PERFECT DESTINY, WORTH WINNINGS OF 12,000 DOLLARS.

― TO BE SENT BACK IN THE ENCLOSED ENVELOPE ―

☒ **Yes, Helena FAY,** I'm sending you my reply immediately because I currently really need a helping hand and my profile corresponds to the criteria, stipulated by John. So, please send me the Precious Ruby of Perfect Destiny, bequeathed by John Gassia, a rich investor and American businessman, that I thank from the bottom of my heart for his generous gesture towards me.

☒ **Yes, Helena FAY,** thank you for sending me, as soon as possible, my secured envelope bearing my name and with a bar code identification.

☒ **Yes, Helena FAY,** I want to benefit from this incredible opportunity and I hereby accept any risks involved, in the knowledge that I'm 100% assured satisfaction from your full guarantee.

☒ **Yes, Helena FAY,** I hereby confirm my address by writing it out once again here:

And my telephone number *(optional)*: ███████████

☐ **Yes, Helena FAY,** agree to contribute towards the postal charges linked to sending all this, to the amount of **45,00 Dollars**, that I'm sending in the enclosed envelope, made payable by:

☐ Money Order made payable to **LMS** for **$50,00***
☒ Cash *(possible)* ███████

*Please do not send checks I can't accept them.



Please send me any correspondance to come to the address appearing below
Last Name: ███
First Name: ███
Address: ███
Postal Code: ███  Town: ███
My birthday is: ███



*LMS is a financial organism specialised in the Money Order handling. Be careful do not write anything before or after "LMS". If you choose the Money Order, we ask you an extra fee of $5 due to the processing fees involved.

So, it's now time for John to give the Invaluable Ruby, given to him by the Maharaja de Jaipur, to a person who has a pressing need for money and a blatant lack of luck.

John came in person to my consulting room, because one of his friends, who consults me before taking any big decisions, recommended me to him. Together, we established all his criteria. He told me that his Mother was American and was called Patricia and that he wanted the person who inherited the Precious Ruby of perfect destiny, to also bear the name Patricia.

He also asked me to ensure that the beneficiary of his Ruby understood the true value of things. You are called Patricia, you have an urgent need for money, you lack luck and you understand the true value of things! You fit the profile exactly!

John and I didn't take long to select you to receive the Precious Ruby of perfect destiny, Worth winnings of 12,000 Dollars.

Here is what John is offering you:

**HIS FIRST GIFT:** This Precious Ruby of perfect Destiny, Worth winnings of 12,000 Dollars, which will transform your life into a long stream of financial success, just as it did for John.

**HIS SECOND GIFT:** His secret and occult advice to optimize your expected results from your Ruby.

The only thing you need to do is to fill in and sign the enclosed Authorization for Postal Transfer, without forgetting to check carefully that your address is correct. As soon as your Authorization for Transfer arrives, I'll deal with everything. John gave me the permission to send off your secured package.

John wants to give his Ruby to someone who is happy and motivated to receive it. So, if you take too much time to answer me, he's bound to want to choose someone else. He's now old and sick, and so time is short for him.

So, I can't wait to receive your Authorization!

*Helena FAY*

# CONSENT FOR THE LEGACY OF THE COUNTESS VIRGINIA DI G. AND TO RECONNECT WITH YOUR CELESTIAL FAMILY

### - TO BE SENT BACK IN THE ENCLOSED ENVELOPE -

☒ **Yes, Helena FAY,** thank you for having done all the necessary research, according to the 'wishes' of the Countess Virginia di G, to finally find me. I'm honoured to be, according to you, the Countess' Celestial Sister.

☒ **Yes, Helena FAY,** I'm delighted to find myself so unexpectedly in possession of such a legacy, through cosmic filiation. Thank you for connecting me up again with my Celestial Family, by carrying out, for free, the Family Reconnection Rituals.

☒ **Yes, Helena FAY,** for this first stage *(essential to benefit from the Inheritance of my celestial sister)* to succeed, I thank you for sending me the Specific Mantra of my Celestial Family, which I must recite in the evening before going to sleep for 15 days. I will thus connect up with my Celestial Family.

☒ **Yes, Helena FAY,** I would like you to send me *the Miraculous Card of Financial Transactions.* I fully understood that this Card will enable me to Obtain the incredible Financial Legacy, predicted for me, to obtain extraordinary money winnings and to pamper myself, whilst doing good around me. I'll never have to answer to anyone else.

☒ **Yes, Helena FAY,** thank you for also sending me *the Activation and Operational Instructions for the Card.*

☒ **Yes, Helena FAY,** I'm also aware that nobody else will ever be able to claim this legacy. I will become the legitimate owner, with an inalienable right to it. I don't owe you anything for this Legacy that I'm fully entitled to. I'm simply sending you my contribution towards your logistical expenses of **$45,00**, that I'm paying by:

☐ Money Order made payable to **LMS** for **$50,00***      ☒ Cash *(possible)*
*Please do not send checks I can't accept them.*





Please send me any correspondance to come to the address appearing below
Last Name
First Name
Address:
Postal Code           Town
My birthday is:

*LMS is a financial organism specialised in the Money Order handling. Be careful do not write anything before or after "LMS". If you choose the Money Order, we ask you an extra fee of $5 due to the processing fees involved.

The countess Virginia has decided to spoil her Celestial Sister, who is you, in fact, Patricia, by turning them into a Princess.

Don't dig your heels in, by thinking that this is too good to be true. I assure you that there's nothing suspect about this celestial filiation and this princely legacy. When something new occurs, however extraordinary it may seem, people do sometimes consider it with mistrust. However, in your case, you should let go of your preconceived ideas and your habitual way of thinking and let yourself be guided.

You need to believe in this. Once you are connected to your celestial family and you have received the Miraculous Card of Financial Transactions from the Countess Virginia, **your life will begin to resemble a life of dreams.**

To make things easier for you, the Countess has already prepared everything and written out all the instructions so that you won't have any difficulty coping with the enormity of your future legacy. Don't worry about how to make this unexpected Legacy yield profit; the Countess Virginia has done everything to make your life easier.

She is so relieved to have found a benevolent person from her celestial family, who will not fritter away all her money. She told me that she's delighted to be giving this legacy to her Celestial Sister, whom she trusts completely.

Of course, you must answer me without delay if you don't want to miss out on this legacy. If you don't send me your Consent within the next 7 days, the Countess will give her Miraculous Card of Financial Transactions to the Charitable Organizations which she's in the habit of financing. They'll know what to do, for sure, with this phenomenal legacy.

**Don't miss out on what's yours,** you are the legitimate Celestial Sister of the Countess Virginia and you are thus entitled to everything that she's promised you. All that it remains for you to do is to say YES, so that you can connect up with your Celestial Family and receive the legacy of your Sister, Virginia: *the Miraculous Card of Financial Transactions and its Activation and Operational Instructions.*

I'm awaiting your Consent as fast as possible and I send you my warmest regards.

*Helena FAY*