# Exhibit C
# to Complaint for
# Permanent Injunction

# IMMEDIATE ACCEPTANCE FOR WINNINGS WITHIN 17 DAYS!!!
# TRIPLE WINNING CLAIRVOYANT READING
## OF THE GRAND RITUAL OF BELISAMA THE VERY BRILLIANT



**TO BE SENT BACK TO THIS ADDRESS:**
**SERVICE ORDERS**
**CASE POSTALE 6461**
**1211 GENEVE 06**
**SWITZERLAND**

*The Ritual of Belisama is completely adamant. You are going to win a very large sum within 17 days. You must not miss out on this first step towards fortune. Send me back immediately this acceptance form (otherwise, I will not be able to do anything for you). I have every confidence in you!!!*

*Louis de Kersan*



LOVE   WEALTH   HEALTH

☑ **YES, my dear Louis de KERSAN,** I have great pleasure to note that you saw an image of me during the **Official Ceremony of the Grand Druids and the Ritual of Belisama the Very Brilliant.**

☑ **YES, my dear Louis de KERSAN,** please can you send me, without wasting any time, **my Belisima Triple Winning Clairvoyant Reading.** This will thus inform me **how to obtain these possible 31,790.99 Dollars,** which were seen in my account by you, confirmed by the Grand Diocesan Druid and sent urgently within 17 days after my Omega.

☑ **YES, my dear Louis de KERSAN,** I will also be able to consult in this **Triple Winning Clairvoyant Reading** the name of the person towards whom I was running in your dream, so that I can **reconstruct my emotional and amorous environment.**

☐ **YES, my dear Louis de KERSAN,** you will reveal to me the name of this cherished person, the place where we will meet and the moment when our relationship will properly start.

☑ **YES, my dear Louis de KERSAN,** I will finally discover when and how I will be able to get rid of all of my troubles to find peace and a spiritual stability, as well as an exceptional physical vitality.

☐ **YES, my dear Louis de KERSAN,** for these hopes to truly become these predicted facts, **you are also offering me, FREE OF CHARGE, Belisama's Consolidator, a Protocol Object,** which attracts winnings, happiness and benefits towards its owner. You will also explain to me in detail how to use such a **Guaranteed Fortune Creator.**

**I am only paying the modest contribution of 45,00 Dollars to receive at my home, by ultra-secure mail, my Triple Winning Clairvoyant Reading and Belisama's Consolidator. I hereby pay by:**

☐ Money Order made payable to **LCO** for **$50,00***

☑ Cash (possible)

*Please do not send cheques I can't accept them.*



*\*LCO is a financial organization specializing in Money Order handling. Be careful do not write anything before or after "LCO". If you choose the Money Order, we ask you an extra fee of $5 due to the processing fees involved.*

Please send me any correspondance to come to the address appearing below

Last Name ▮▮▮
First Name ▮▮▮
Address ▮▮▮
Postal Code ▮▮▮  Town ▮▮▮
My birthday is: ▮▮▮

This truly confirms that in 17 days' time fortune will be yours. Just your first fortune, in fact, because just after the **Ritual of Belisama the Very Brilliant,** and before I got back home to write you this letter, all of us Druids discussed what to do to elucidate all the opportunities that the Grand Belisama the Very Brilliant had chosen to scatter on your path. And it is this exceptional document; your **Winning Reading of the Ritual of Belisama the Very Brilliant** which I will personally send to your home so that you find out exactly how:

*1- To obtain the FIRST WINNINGS promised on the first page of this letter: 31,790.99 Dollars!*

*2- To obtain all the following winnings, attracted by Belisama (there are many of them)!*

*3- To succeed your sentimental renewal.*

*4- To get back your spiritual and physical balance.*

*5- To attain your perfect and permanent happiness.*

Now I would like you to take careful note of the Creation Certificate copied below This will enable all of these dreams to come true for you!!!



CREATION CERTIFICATE OF BELISIMA'S CONSOLIDATOR

We, the Grand Major and Diocesan Druids, hereby create this Consolidator in order to bestow the sum of 31,790.99 Dollars on the person designated at the annual Ritual under the Majestic Royal Cedar Tree. This Consolidator will be delivered, free of charge, and at the same time as the beneficiary's Triple Winning Clairvoyant Reading.

Belisama's Consolidator is a Protocol Object, which will generate the energy able to create the encounters promised you. You will simply have to hold it as indicated, and whenever indicated in your Triple Winning Clairvoyant Reading, so that money, love and health be yours, exactly as "seen" during the Druidic Rituals. You do not have a minute to lose. **Send me back immediately the consent form, printed out for you overleaf … and your fortune will be made!!!**

**Every second counts. Reply to me immediately!!!**

*Louis de persan*