**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:21-cv-23522-DPG**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**
   **vs.**

**ROBERT LHEZ, individually and as an**
**officer of Arcana Center, Corp. and**
**of Partners VAD International Sàrl, also**
**d/b/a Lynco;**

**MIREILLE DAYER;**

**JULIE POULLEAU;**

**ARCANA CENTER, CORP., also d/b/a**
**LCO, LMS, CEB (a/k/a Centre Du Bien-**
**Etre Sàrl), Laura Vivian, Louis De Kersan,**
**and Helena Fay;**

**PARTNERS VAD INTERNATIONAL**
**SÀRL, also d/b/a VAD Partners, IMC and**
**Donovan,**

      **Defendants.**
_____/

**JOINT STIPULATION TO ENTRY OF**
**CONSENT DECREE AND FINAL JUDGEMENT**

Plaintiff, the United States of America, and Defendants Robert Lhez also d/b/a Lynco;

Mireille Dayer; Julie Poulleau, Arcana Center, Corp. also d/b/a LCO, LMS, CEB (a/k/a Centre

Du Bien-Etre Sàrl), Laura Vivian, Louis de Kersan, and Helena Fay; and Partners VAD

International Sàrl also d/b/a VAD Partners, IMC, and Donovan (collectively, "Defendants")

hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgement ("Consent Decree").

1.    Defendants waive service of the Summons and the Complaint.

2.    Defendants acknowledge that they have read the provisions of the proposed Consent Decree, have had sufficient time to consider its ramifications, understand the proposed Consent Decree, and are prepared to and will abide by all provision of the Consent Decree.

3.    Defendants Robert Lhez, Mireille Dayer, Julie Poulleau, and Partners VAD International Sàrl are not citizens, residents, or incorporated entities of the United States, but wish to finally resolve the matters alleged by Plaintiff without further litigation, and therefore agree that this Court may enter and enforce this Consent Decree and against them in the United States, but specifically do not submit to this Court's jurisdiction (or the jurisdiction of any court in the United States) for any other purpose by entering into the Consent Decree.

4.    Without admission or finding of fact, law, liability or wrongdoing, Defendants consent to entry of the attached proposed Consent Decree, freely and without coercion, in order to avoid the delay, uncertainty, inconvenience and expense of protracted litigation.

5.    Each party to this action agrees to bear its own attorney's fees and cost incurred in connection with this action.

Dated: September 16, 2021

_____
ROBERT LHEZ
Defendant

_____
ROBERT LHEZ, as an officer
of ARCANA CENTER, CORP.,
Defendant

MIREILLE DAYER
09/29/2021

_____
MIRIELLE DAYER,
Defendant

_____
ROBERT LHEZ, as an officer
of PARTNERS VAD
INTERNATIONAL SÀRL,
Defendant

_____
JULIE POULLEAU,
Defendant

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

James A. Weinkle
Assistant Attorney General
Florida Bar No.: 0710891
United States Attorney's Office
99 N.E. 4th Street 33132
Miami Florida 33132
Tel.: 305-961-9290

GUSTAV W. EYLER
Director,
Consumer Protection Branch

JACQUELINE BLAESI-FREED
Assistant Director

Ann Entwistle
Yolanda McCray Jones
Trial Attorneys
Consumer Protection Branch
Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel.: 202-305-3630
Tel.: 202-305-7016
Washington, D.C. 20044
Ann.F.Entwistle@usdoj.gov
Yolanda.d.McCray.Jones@usdoj.gov

3

## JOINT STIPULATION TO ENTRY OF CONSENT DECREE AND FINAL JUDGEMENT

*[US v. Lhez et al.: Signature Page Continued]*

**ANDREW B. LUSTIGMAN**
**Olsham Frome Wolosky, LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**
**Counsel for the Defendants**

Dated: September  21 , 2021

4