*United States v. Lhez, et al.*
Exhibit A

## **Certification**

I, _____, hereby declare as follows:

    Pursuant to Paragraph 5 of the Consent Decree and Final Judgment entered on _____, 2021 (the "Consent Decree") in *United States v. Lhez, et al.,* Case No._____.

I certify as follows (check all that apply):


_____ **No Lists or Covered Materials in Possession or Control.**  As of the date of the Consent Decree, I did not have in my possession or control any Covered Materials, as defined in the Consent Decree, or any mailing lists of any type compiled from recipients who have responded to any Covered Materials.

_____ **Lists and Covered Materials Provided to Legal Counsel.**  Pursuant to the Consent Decree and Final Judgment, I have provided to my legal counsel all Covered Materials and all lists of any type compiled from recipients who have responded to any Covered Materials

_____ **Requests to Third Parties.**  On the dates and in the manner listed below, I instructed the individuals identified below to provide all Covered Materials and all lists of any type compiled from recipients who have responded to any Covered Materials to my attorneys, _____, to the extent such individual has or had any such materials or lists in his or her possession.  I indicate below whether the individual, as of the date of this certification, has complied with this directive and the date of such confirmation.


| **Name of Third Party** (name of corporate entity, if applicable, and address) | **Communication of Instruction** | **Response** |
|---|---|---|
| Name of entity/individual contacted:<br><br>Address: | Date:<br><br><br>Manner (e.g., phone, mail, email): | □  Confirmed lists and Covered Materials provided to legal counsel<br><br>Name of individual responding:<br><br>Date of confirmation:<br><br>Manner communicated (e.g., phone, mail, email):<br><br>     or<br><br>□ No response received within five business days |

*United States v. Lhez, et al.*
Exhibit A

| Name of entity/individual contacted:<br><br>Address: | Date:<br><br>Manner (e.g., phone, mail, email): | □ Confirmed lists destroyed<br><br>Name of individual responding:<br><br>Date of confirmation:<br><br>Manner communicated (e.g., phone email):<br><br>          or<br><br>□  No response received within five business days |

(Attach additional sheets if necessary)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated _____, and executed at _____.

_____
Signature

_____
Typed or Printed Name and Title

On the _____ day of _____ in the year 2021, before me, the undersigned notary public, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

2